United States District Court
Southern District of Texas
**ENTERED**
January 13, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
HOUSTON DIVISION

MONICA BROWN,

    Plaintiff,

    v.

ELEVATE LEARNING, LLC, and
SUHAS GHUGE,

    Defendant.

Case No. 4:15-cv-02903

Judge Vanessa D. Gilmore

## ORDER

This matter is before the Court on the Plaintiff's Motion for Approval of Settlement. The parties and their respective counsel have entered into a Confidential Settlement Agreement and General Release ("Settlement Agreement"). Having reviewed the record, the Court is familiar with the parties' claims and defenses as well as the terms of their settlement.

**IT IS HEREBY ORDERED:**

    1. The Court finds that the Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("FLSA"), and therefore approves the Confidential Settlement Agreement and General Release between Plaintiff and Defendant.

    2. The Court hereby dismisses this case without prejudice with leave to reinstate for the sole purpose of enforcing the terms of the settlement.

    3. Such dismissal will convert to a dismissal with prejudice fourteen (14) days from the date of this Order.

4. Each party shall bear its own costs and attorneys' fees.

**ENTER:** Jan. 13, 2016

_____
Judge Vanessa D. Gilmore
United States District Judge